```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
STEVEN RIVERA,                                               :
                              Plaintiff,                     :
                                                             :       23 Civ. 4083 (LGS)
                 -against-                                   :
                                                             :            ORDER
UG2 LLC,                                                     :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 19, 2023, required the parties to file a proposed case management plan and joint letter by July 5, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for July 12, 2023, at 4:20 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **July 10, 2023**.

Dated: July 6, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**