UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
STEVEN RIVERA,
                       Plaintiff,

           -against-                    23 Civ. 4083 (LGS)

UG2 LLC,                             ORDER
                       Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for July 19, 2023;

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

    **ORDERED** that the July 19, 2023, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall first file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

    The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: July 13, 2023
       New York, New York

                                               LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE