**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: ___ 11/3/2023 |

STEVEN RIVERA,

                                  Plaintiff,                          23-CV-04083 (SN)

             -against-                                               **ORDER**

UG2 LLC,

                                  Defendant.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      In this Fair Labor Standards Act case, the parties participated in mediation on September 18, 2023, and reached an agreement in principle. On November 1, 2023, the parties submitted a proposed settlement agreement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 59. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 31.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      November 3, 2023
            New York, New York